CASE NO. 15-4199

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

In re ERIC R. RAMEY, Petitioner

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MOTION TO PROCEED *IN FORMA PAUPERIS*

Pursuant to Federal Rule of Appellate Procedure 21, Eric R. Ramey petitions this Court for mandamus relief directed to the Honorable John R. Adams of the United States District Court for the Northern District of Ohio, Eastern Division. Judge Adams presides over Eric R. Ramey's' criminal case, N.D. Ohio 5:15CR234. Mr. Ramey is entitled to proceed in this Court *in forma pauperis* pursuant to Fed. R. App. P. 24(a)(3).  A Financial Affidavit will be submitted to the Court once it has been completed by Mr. Ramey.

For this reason, counsel respectfully requests the Court grant this motion for Mr. Ramey to proceed *in forma pauperis*.

>Respectfully submitted,
>
>*s/Carlos Warner*
>CARLOS WARNER
>Assistant Federal Defender
>50 S. Main Street, Ste. 700
>Akron, OH 44308
>Phone: 330-375-5739 Fax: 330-375-5738
>Email: carlos_warner@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2016, a copy of the foregoing was served via e-mail to Robert Bulford and Linda Barr, Assistant U.S. Attorneys, Office of the U.S. Attorney for the Northern District of Ohio, and The Honorable John R. Adams, United States District Court Judge, Northern District of Ohio.

*/s/ Carlos Warner*
CARLOS WARNER