CASE NO. 15-4199

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

IN RE ERIC R. RAMEY,

*Defendant-Petitioner*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

**MOTION FOR RULING ON MANDAMUS PETITION RE:
MOTION TO RECUSE THE HONORABLE JOHN R. ADAMS,
UNITED STATES DISTRICT COURT JUDGE IN NORTHERN
DISTRICT OF OHIO CASE NO. 5:15CR234**

Carlos Warner,
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
Akron City Centre
50 South Main St., Suite 700
Akron, Ohio 44308
Phone: (330) 375-5739; Fax: (330) 375-5738
Email: carlos_warner@fd.org

*Counsel for Defendant-Petitioner*

## I.    Introduction

Pursuant to Federal Rule of Appellate Procedure 27, Petitioner Eric R. Ramey moves this Court for a ruling on the Mandamus Petition filed November 3, 2015, requesting relief directed to the Honorable John R. Adams of the United States District Court for the Northern District of Ohio, Eastern Division. Judge Adams presides over Mr. Ramey's criminal case in the Northern District of Ohio Case No. 5:15CR234.  During the interim between the filing of the Petition, Eric Ramey requested a Stay of Proceedings pending this Court's ruling on the Mandamus Petition, which was filed under seal on November 4, 2015. Judge Adams granted Petitioner Ramey's Motion to Stay Proceedings via marginal Order, on November 4, 2015. [R.23, Sealed per Order - Motion for Stay of 11/04/2015; R.24, Sealed Marginal Entry Order of 11/04/2015].

## II.    History of Proceedings in Northern District of Ohio Case No. 5:14CR234 Between filing of Mandamus to Present

During the period between the filing of the Mandamus Petition to April 4, 2016, Eric Ramey had been placed in pretrial detention, and remained in detention through the majority of the interim period. On February 9, 2016, a telephone conference was held with Judge Adams and counsel for the United States, where

resolution of the case against Mr. Ramey was discussed. [Minutes of Proceedings of 02/09/2016]. After the conference, counsel for Mr. Ramey determined that Mr. Ramey had been in pretrial detention for a period almost as long as his anticipated Guidelines term would require, and thus requested the district court to refer the matter to the Magistrate Judge for a bond hearing. [R.25, Motion to Refer Matter to Magistrate for Bond Hearing of 03/10/2016]. The district court granted the Motion for Referral, however in this Order Judge Adams lifted the Stay of Proceedings. [R.27, Order Granting Referral and Lift of Stay of Proceedings, of 03/18/2016]. Eric Ramey was released on conditional bond to a treatment facility on April 5, 2016, and is currently housed at the treatment facility as required and supervised by United States Probation and Pretrial Services.

After Mr. Ramey's release to treatment, the district court inquired as to potential trial dates, to which counsel for Mr. Ramey stated that no ruling had been made as to Ramey's Mandamus Petition, and thus no date should be selected until then, as conditioned in the Motion for Stay filed and granted November 4, 2015. Notwithstanding Mr. Ramey's position, the district court has scheduled Eric Ramey's Jury Trial for June 6, 2016, and a pretrial conference on May 18, 2016, before Judge John Adams. [R.29, Trial Order of 04/26/2016].

### III. *Motion for Ruling on Mandamus Petition or Stay of Proceedings*

Eric Ramey submits that the identical issues which existed with the conflict of interest identified in the Mandamus Petition as they relate to Judge Adams continues to exist, and because of the continuing conflict, Judge Adams should be precluded from holding a trial or judgment in this case, prior to this Court's ruling on the pending Mandamus Petition. Without a ruling from this Court, Eric Ramey is to be tried by a jurist who has a direct familial conflict with Mr. Ramey vis-a-vis drug usage involving Mr. Ramey and members of Judge Adams' immediate family, as set forth in the Mandamus Petition of November 3, 2015. Mr. Ramey requests resolution of the matter before this Court prior to being forced to proceed with the district court's present course of action.

Should this Court determine that resolution of the pending Mandamus action is appropriate rior to proceeding in the district court with Judge Adams presiding over his case, Eric Ramey requests alternatively that this Court may have authority to hold in abeyance any further district court proceedings prior to resolution of the pending petition.

## IV. *Conclusion*

Wherefore, Petitioner Eric Ramey respectfully moves this Honorable Court to issue a Writ of Mandamus vacating the denial of the Motion to Disqualify Judge John R. Adams and directing that he recuse himself from the instant case, or for abeyance of the district court proceedings pending this Court's resolution of the petition.

                        Respectfully submitted,

                        *s/Carlos Warner*
                        CARLOS WARNER
                        Assistant Federal Defender
                        50 S. Main Street, Ste. 700
                        Akron, OH 44308
                        Phone: 330-375-5739 Fax: 330-375-5738
                        Email: carlos_warner@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2016, a copy of the foregoing was served via e-mail to Robert Bulford and Linda Barr, Assistant U.S. Attorneys, Office of the U.S. Attorney for the Northern District of Ohio, and The Honorable John R. Adams, United States District Court Judge, Northern District of Ohio.

    s/Carlos Warner
    CARLOS WARNER
    Assistant Federal Defender